IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALIBU MEDIA, LLC,

    Plaintiff,

  v.

JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 50.184.78.98,

    Defendant.

No. C 16-00999 WHA

**ORDER GRANTING SEALING MOTION AND EXTENDING DEADLINE TO SERVE DEFENDANT**

Malibu Media seeks leave to file under seal its amended complaint, proposed summons, and return of service. Malibu Media's motion is hereby **GRANTED**. Malibu Media shall have until **JUNE 30** to serve defendant.

**IT IS SO ORDERED.**

Dated: June 6, 2016.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE