AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Malibu Media, LLC

Plaintiff (s),

V.

John Doe

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: __3:16-cv-00999-WHA__

Notice is hereby given that, subject to approval by the court, __Malibu Media, LLC__ substitutes
(Party (s) Name)

__Henrik Mosesi__, State Bar No. __189672__ as counsel of record in
(Name of New Attorney)

place of __Brenna E. Erlbaum__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

- Firm Name: __Law Offices of Henrik Mosesi__
- Address: __433 N. Camden Dr., 6th Floor, Beverly Hills, CA 90210__
- Telephone: __(310) 734-4269__  Facsimile __(310) 734-4053__
- E-Mail (Optional): ____

I consent to the above substitution.
Date: __11/29/2016__

_Colette Pelissier_ (DocuSigned: CD32F0C57DE840A...)
(Signature of Party (s))

I consent to being substituted.
Date: __11/29/2016__

_[signature]_ (DocuSigned: 323655D7655543C...)
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: __11/29/2016__

_[signature]_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: __December 27, 2016.__  _[signature]_
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**