1  Henrik Mosesi, Esq. (SBN: 189672)
   Law Offices of Henrik Mosesi
2  433 N. Camden Dr., 6th Floor
   Beverly Hills, CA 90210
3  Tel.:  310-734-4269
   Fax:  310-734-4053
4  henry@mosesi.com
   *Attorneys for Plaintiff*
5
   Jonathan Black, SBN 275017
6  Ian Bennett-Goldberg, SBN 271746
   Weston Law Group, PC
7  2001 Omega Rd. Ste. 203
   San Ramon, CA 94583
8  (925)  362-3120
9  *Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

### San Francisco

| MALIBU MEDIA, LLC, | Case Number: 3:16-cv-00999-WHA |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL RETAINING JURISDICTION TO ENFORCE TERMS OF SETTLEMENT; [PROPOSED] ORDER** |
| vs. | |
| JOHN DOE subscriber assigned IP address 50.184.78.98, | As modified |
| Defendant. | |

    Plaintiff Malibu Media, LLC and Defendant John Doe subscriber assigned IP address 50.184.78.98, by their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that all claims asserted against each other in this matter are hereby dismissed without prejudice.

    Plaintiff and Defendant John Doe subscriber assigned IP address 50.184.78.98 settled this matter on or about February 21, 2017;

The settlement agreement between Plaintiff and Defendant call for payment of settlement funds on or before April 3, 2017;

Plaintiff and Defendant John Doe subscriber assigned IP address 50.184.78.98 respectfully request that this Court enter an order dismissing without prejudice all Plaintiff's and Defendant John Doe subscriber assigned IP address 50.184.78.98's claims and counter-claims against each other, with each party to bear its own attorneys' fees and costs;

Plaintiff and Defendant further request that this Court retain jurisdiction to enforce the terms of the settlement;

Unless enforcement proceedings are pending, Plaintiff and Defendant stipulate that this case can be dismissed with prejudice on or after April 7, 2017;

Consistent herewith Plaintiff and Defendant consent to the Court having its case closed for administrative purposes.

Respectfully submitted,

/s/ Henrik Mosesi
Henrik Mosesi, Esq.
Law Offices of Henrik Mosesi
433 N. Camden Dr., 6th Floor
Beverly Hills, CA 90210
Tel: (310) 734-4269
Email: henry@mosesi.com
Attorney for Plaintiff

/s/ Jonathan Black
Jonathan Black, Esq.
Ian Bennett-Goldberg, SBN 271746
Weston Law Group, PC
2001 Omega Rd. Ste. 203
San Ramon, CA 94583
(925) 362-3120

### CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ Henrik Mosesi
Henrik Mosesi

The Court having considered the stipulation of the parties, and good cause appearing therefor, orders the following:

1. The complaint and counter-claim is dismissed without prejudice pursuant to FRCP 41(a)(1)(A)(ii);
2. Each party to bear their own costs and attorney's fees;
3. The Court shall retain jurisdiction over this matter to enforce the terms of the settlement agreement; `for six months.`
4. Unless proceedings to enforce the terms of the settlement agreement are pending, this case will be treated for all purposes as dismissed with prejudice after April 7, 2017, without further order of court.

Date: `March 7, 2017.`

_____

United States District Judge